IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TIMOTHY ALBRIGHT,                    )
                                     )
                Petitioner,          )
                                     )
     v.                              )          1:26-cv-51
                                     )
STATE OF NORTH CAROLINA,             )
                                     )
                Respondent.          )

## ORDER

On January 30, 2026, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5, 7.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition, after the exhaustion of any state court remedies, which corrects the defects of the current Petition.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of

appealability is not issued.

A Judgment dismissing this action will be entered

contemporaneously with this Order.

This the 29th day of May, 2026.

_____
United States District Judge

- 2 -